**1184**

## COLUMBUS NATIONAL BANK OF RHODE ISLAND

v.

## Harry LANCELLOTTI.

### No. 80–330–A.

Supreme Court of Rhode Island.

Sept. 25, 1980.

John B. Ennis, Providence, for William G. Grande.

Lovett & Linder, Ltd., Lauren E. Jones, Providence, for defendant.

### ORDER

The Superior Court's denial of the motion for summary judgment herein was an interlocutory ruling. Therefore, the defendant's motion to dismiss this appeal is hereby granted.

BEVILACQUA, C. J., and DORIS, J., did not participate.

## Linda DAVEY

v.

## Melville G. DAVEY, Jr.

### No. 80–377–M.P.

Supreme Court of Rhode Island.

Sept. 25, 1980.

Toro Law Associates, Inc., Eugene F. Toro, Providence, for petitioner.

Allen M. Kirshenbaum, Providence, for respondent.

### ORDER

The petitioner's motion for stay of the Family Court decree pending appeal is de-

nied without prejudice to its being renewed following the filing of the transcript herein.

BEVILACQUA, C. J., and DORIS, J., did not participate.

## Earl ELBY

v.

## John MORAN.

### No. 80–300–M.P.

Supreme Court of Rhode Island.

Sept. 25, 1980.

Earl Elby, pro se.

Dennis J. Roberts II, Atty. Gen., Alyssa L. Talanker, Spec. Asst. Atty. Gen., for respondent.

### ORDER

The petition for writ of habeas corpus is denied.

BEVILACQUA, C. J., and DORIS, J., did not participate.